Catherine WESLEY, respondent, v. STANDARD OIL COMPANY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

WESTCHESTER MORTGAGE COMPANY, respondent, v. THOMAS B. McINTIRE, INC., et al., defendants; William H. Foster, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for reargument granted, and case set down for Thursday, May 4, 1916.

Cornelius WESTERFIELD, appellant, v. Jennie W. FRANCKE et al., respondents. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 25. 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Cornelius WESTERFIELD, appellant, v. Jennie W. FRANCKE et al., respondents. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the Matter of the Application of the WESTERN UNION TELEGRAPH CO. for subpœna directed to certain witnesses, H. C. Tucker et al., requiring them to appear under a commission issued by court of common pleas, Pennsylvania. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Frank I. WHITCOMB v. Nelson B. BURR. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

William A. WIGGINS, respondent, v. William H. FREEMAN, as assignee, etc., appellant, and others, defendants. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Charles E. WILLETT, applt., v. John W. BEARD, respt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order affirmed with costs. All concur.

Mary A. WILLIAMS et al. v. Sarah A. DONOVAN, impld., etc. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal denied. Order filed.

John G. WILSON, appellant, v. GILLETTE CLIPPING MACHINE COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Mervyn WOLFF, Respt., v. Fred S. BENNETT, impld., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Minna WREDE, respt., v. Fritz WREDE, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment unanimously affirmed, with costs.

Elizabeth WRIGHT, plff., v. CROSSTOWN ST. RY. CO. OF BUFFALO. deft. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Appeal dismissed without costs upon stipulation filed.

Michael ZEITLER, respt., v. Henry HARDER, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order affirmed with costs. All concur.

Clara ZIELONKA, an infant, etc., applt., v. INTERNATIONAL RAILWAY CO., respt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion granted and appeal dismissed with costs.

John ZIEMBORAK, Applt., v. The CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Joseph ZUBOW, respondent, v. MAIN BUILDING COMPANY, Inc., et al., defendants, and Isaac Levin, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion for stay granted, in view of the fact that a receiver is in possession of the property, on condition that appellant perfect his appeal, place the case on the May calendar and be ready for argument when reached.

END OF CASES IN VOL. 158

*